UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**  Plaintiff,  v.  **Alhambra & O Associates,** a California General Partnership; **Chang Haan**; and Does 1-10,  Defendants. | CASE NO. 2:19-CV-00103-JAM-DB  **ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER** |

## ORDER

Pursuant to joint motion of the parties, and finding good cause therefore, this Court hereby orders that the scheduling order shall be modified as follows:

- Discovery cutoff: September 25, 2020.
- Dispositive motion filing deadline: November 10, 2020.
- Dispositive motion hearing date: December 8, 2020 at 1:30pm.
- Joint Pretrial Statement filing deadline: January 15, 2021.
- Final Pretrial Conference: January 22, 2021 at 10:00 a.m.
- Trial: March 1, 2021.

**IT IS SO ORDERED.**

- 1 -
(Proposed) ORDER

DATED:  5/26/2020

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge