UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br>        Plaintiff,<br>   v.<br>**Alhambra & O Associates**, a California General Partnership;<br>**Chang Haan**; and Does 1-10,<br>        Defendants. | No.: 2:19-CV-00103-JAM-DB<br><br>**ORDER** |

Having read and considered the parties' Stipulation to Take Deposition After the Discovery Cutoff, and with good cause appearing, it is hereby ordered that Defendant Chang Haan's deposition may be taken after the discovery cutoff, and Defendant shall submit to a deposition on or before October 7, 2020.

Dated:  9/15/2020                                        /s/ John A. Mendez_____
                                                                    Honorable John A. Mendez
                                                                    U. S. District Court Judge

[PROPOSED] ORDER