**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
NOLAN W. KESSLER, SB# 327178
  E-Mail: Nolan.Kessler@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants, ALHAMBRA & O
ASSOCIATES and CHANG HAAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | CASE NO. 2:19-cv-00103-JAM-DB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO TAKE DEPOSITIONS AFTER THE DISCOVERY CUTOFF** |
| vs. | |
| ALHAMBRA & O ASSOCIATES, a California General Partnership; CHANG HAAN, an individual; and DOES 1-10, | The Hon. John A. Mendez |
| Defendants. | Action Filed:     January 16, 2019<br>Trial Date:        March 1, 2021 |

LEWIS
BRISBOIS

1    Having read and considered the parties' Stipulation to Take Depositions After the

2 Discovery Cutoff, and with good cause appearing, it is hereby ordered that Defendants Alhambra

3 & O Associates' and Chang Haan's depositions may be taken after the discovery cutoff, and

4 Defendants shall submit to depositions on October 21, 2020.

5    IT IS SO ORDERED.

6

7   DATED: October 2, 2020                    /s/ John A. Mendez

8                                             HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS

4813-5543-5213.1                    2                    Case No. 2:19-cv-00103-JAM-DB
ORDER GRANTING STIPULATION TO TAKE DEPOSITIONS AFTER THE DISCOVERY CUTOFF