UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>ALHAMBRA & O ASSOCIATES, a California General Partnership; CHANG HAAN; and Does 1-10,<br><br>            Defendants. | **Case No**. 2:19-CV-00103-JAM-DB<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

　　Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to January 21, 2021.

**IT IS SO ORDERED.**

Dated:  December 22, 2020             /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE