UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ALHAMBRA & O ASSOCIATES, a California General Partnership; CHANG HAAN; and Does 1-10,<br><br>          Defendants. | **Case No**. 2:19-CV-00103-JAM-DB<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to February 4, 2021.

**IT IS SO ORDERED.**

DATED:  January 22, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE